UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| DR CHIA L. LIU, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) ) |
| WATEC AMERICA CORP, | ) ) |
| Defendant(s). | ) ) |

2:07-cv-863 KJD

### ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 19, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: Aug 13, 2013

U.S. DISTRICT JUDGE